CAROLEA DONATO v. ANGELO DONATO.

October 15, 1986.

Petition for certification denied.

IN RE HOWARD SIEGEL.

HOWARD SIEGEL, T/A MARTIN JEWELERS v. NEW JERSEY
DIVISION OF TAXATION.

October 15, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 588)

STATE OF NEW JERSEY v. THERMOND WILLIAMS.

October 15, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL ORTIZ.

October 15, 1986.

Petition for certification denied.